UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MAHMOUD AL KHATEEB,<br><br>    Petitioner,<br><br>    v.<br><br>SAMUEL OLSEN Field Office Director of Enforcement and Removal Operations, Chicago Field Office, Immigration and Customs Enforcement,<br>TODD M. LYONS Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity,<br>KRISTI NOEM Secretary, U.S. Department of Homeland Security,<br>DEPARTMENT OF HOMELAND SECURITY,<br>PAM BONDI U.S. Attorney General,<br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br>BRANDON CROWLEY Jail Commander at Clay County Justice Center, in his official capacity,<br><br>    Respondents. | No. 2:25-cv-00626-JPH-MG |

**ORDER DIRECTING CLERK TO ISSUE AMENDED FINAL JUDGMENT**

The Court granted Petitioner's petition for a writ of habeas corpus on December 19, 2025, and issued final judgment that same day. Dkts. 16, 17. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

1

**SO ORDERED.**

Date: 1/22/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:
All Electronically Registered Counsel